William W. Bunting III (#141981)
Kirkland W. Garey (#139587)
BUNTING, DRAYTON & ALWARD LLP
582 Market Street, Suite 812
San Francisco, California 94104-5309
Telephone: (415) 617-0244
Facsimile: (415) 617-0248

Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTFOLIO ADVISORS V, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>M/V SAN FRANCISCO SPIRIT, Official Number 971235, Its Engines, Machinery, Appurtenances, etc., *In Rem*, SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, PACIFIC MARINE YACHT CHARTERS, LLC, a California Limited Liability Company, *In Personam*, and DOES 1-10,<br><br>　　　　Defendant. | Case No. 09-CV-02950 JL<br><br>**REQUEST TO ENTER DEFAULTS** |

TO:　THE CLERK OF THE ABOVE-ENTITLED COURT:

　　Plaintiff PORTFOLIO ADVISORS V, LLC hereby requests that the Clerk of the Court enter defaults in this matter against Defendants SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC because they have failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaints on Defendants SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC on July 1, 2009 as evidenced by the proofs-of-service of summons on file with this Court.

1 | This request is based on the attached Declaration of Kirkland W. Garey, which shows:

2 | 1. SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC were served with the summons and complaint on July 1, 2009;

2. The Proofs of Service filed with this Court on July 22, 2009 establish that service was proper pursuant to Rule 4 of the Federal Rules of Civil Procedure;

3. The applicable time limit for responding has expired;

4. SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC have failed to file a pleading or motion permitted by law;

5. SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC are not infants or an in\competent person; and

6. SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC are not in military service.

Dated: July 24, 2009

BUNTING, DRAYTON & ALWARD LLP

By: _____
Kirkland W. Garey
Attorney for Plaintiff
PORTFOLIO ADVISORS V, LLC