William W. Bunting III (#141981)
Kirkland W. Garey (#139587)
BUNTING, DRAYTON & ALWARD LLP
582 Market Street, Suite 812
San Francisco, California 94104-5309
Telephone: (415) 617-0244
Facsimile: (415) 617-0248

Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTFOLIO ADVISORS V, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> M/V SAN FRANCISCO SPIRIT, Official Number 971235, Its Engines, Machinery, Appurtenances, etc., *In Rem*, SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, PACIFIC MARINE YACHT CHARTERS, LLC, a California Limited Liability Company, *In Personam*, and DOES 1-10, <br><br> Defendant. | Case No. 09-CV-02950 JL <br><br> **DECLARATION OF KIRKLAND W. GAREY IN SUPPORT OF REQUEST TO ENTER DEFAULTS** |

I, Kirkland W. Garey, declare as follows:

1. I am an attorney with the law firm of Bunting, Drayton & Alward LLP, the attorneys of record for Plaintiff PORTFOLIO ADVISORS V, LLC. The facts stated in this Declaration are of my personal knowledge, and, if called upon to do so, I could and would testify competently about all matters thereto.

2. On, or about, June 30, 2009, I had copies of the summons and complaint in this action delivered to the process-serving business, Bear Flag Process Services, for service on Defendants SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and

1 | PACIFIC MARINE YACHT CHARTERS, LLC. Eric Montoya of Bear Flag Process Services served copies of the summons and complaint on SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC on July 1, 2009 under the provisions of Rule 4 of the Federal Rules of Civil Procedure and certified that fact to this Court in Proofs of Service dated July 21, 2009. The Proofs of Service were duly filed with this Court on July 22, 2009.

3. SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC did not file any pleadings or other documents in this matter.

4. Under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, the time limit for responding to the complaint has now expired, and the time for SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC has not been extended by any stipulation of the parties or any order of the Court.

5. SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC are not infants or an incompetent person. SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC are business owners and are known to Plaintiff's employees.

6. SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC are not in military service.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 24th day of July, 2009, San Francisco, California.

Dated: July 24, 2009

BUNTING, DRAYTON & ALWARD LLP

By: _____
Kirkland W. Garey
Attorney for Plaintiff
PORTFOLIO ADVISORS V, LLC