# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTFOLIO ADVISORS V, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>M/V SAN FRANCISCO SPIRIT, Official No. 971235, its Engines, Machinery, Appurtenances, etc., *In Rem*, SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, PACIFIC MARINE YACHT CHARTERS, LLC, a California Limited Liability Company, *In Personam*, and DOES 1-10.<br><br>Defendants. | Case No.: CV 09-2950 JL<br><br>[PROPOSED] **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS** |

The Court hereby orders that the request of Plaintiff PORTFOLIO ADVISORS V, LLC to substitute Rupert P. Hansen, State Bar No. 082302, and his law firm, Cox, Wootton, Griffin, Hansen & Poulos LLP, at 190 The Embarcadero, San Francisco, California, 94105, Tel: (415) 438-4600, Fax: (415) 438-4601, Email: rhansen@cwghp.com, as attorneys of record in this matter in place and stead of William W. Bunting III and his law firm,

1  Bunting, Drayton & Alward LLP, at 582 Market Street, Suite 812, San Francisco,
2  California, 94104-5309, is hereby GRANTED.
3
4
5
6  Dated: September 8, 2009      By: _____
                                      U.S. District Court Magistrate Judge
7

-2-  Case No. CV 09-2950 JL
ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS