COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Rupert P. Hansen (SBN 082302)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC,
a Delaware Limited Liability Company

**FILED**

SEP X 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTFOLIO ADVISORS V, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> M/V SAN FRANCISCO SPIRIT, Official No. 971235, its Engines, Machinery, Appurtenances, etc., *In Rem*, SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, PACIFIC MARINE YACHT CHARTERS, LLC, a California Limited Liability Company, *In Personam*, and DOES 1-10. <br><br> Defendants. | Case No.: CV 09-2950 JL <br><br> **IN ADMIRALTY** <br><br> **PLAINTIFF'S EX PARTE APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN** |

Plaintiff, PORTFOLIO ADVISORS V, LLC, ("PORTFOLIO") by and through its counsel of record, Cox, Wootton, Griffin, Hansen & Poulos, LLP, hereby applies to the Court for an Order appointing a Substitute Custodian for the Defendant vessel M/V SAN FRANCISCO SPIRIT (Official No. 971235) (the "Vessel"), her engines, tackle, apparel, furniture, equipment and all other necessaries appertaining and belonging to the Vessel (the "Vessel"). This Application is made *ex parte* because no appearance has yet been made by

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

-1-                                                                                              Case No. CV 09-2950 JL
PLAINTIFF'S EX PARTE APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

Defendants herein, however, PORTFOLIO has concurrently filed herewith a Stipulation signed by all *in personam* defendants authorizing the issuance of a warrant for the arrest of the Vessel.

1. The Verified Complaint herein was filed on June 29, 2009, praying that the Vessel be arrested and sold to pay Plaintiff's demands and claims and for other proper relief.

2. It is contemplated that the Clerk of this Court will issue a Warrant for Arrest of the Vessel commanding the U.S. Marshal for this District to arrest the Vessel and take her into custody, and that upon being provided with the duly-issued Warrant of Arrest and associated pleadings herein, the U.S. Marshal will seize the Vessel forthwith.

3. The U.S. Marshal for this Judicial District does not provide custodial services for the safekeeping of the vessels they arrest.

4. The Vessel is currently berthed at Pier 9, San Francisco, California. As shown in the Declaration of William O'Dell, submitted concurrently herewith, who is the General Manager for National Maritime Services, Inc. ("National"), National has agreed to assume the responsibility of safekeeping the Vessel as the Substitute Custodian for the charges and expenses stated therein. Plaintiff PORTFOLIO will cover all expenses and charges related to National's duties to provide care, custody, and security as the Substitute Custodian, but requests that all such amounts as are reasonable be deemed fees and expenses of the U.S. Marshal under 28 U.S.C. § 1921, because they are the expenses of keeping the arrested Cargo during *custodia legis*.

5. National Liquidators, as set forth in the Declaration of William O'Dell, has the requisite skill, competence, experience, and experienced servants under its immediate supervision, to properly perform the safekeeping of the Vessel as Substitute Custodian.

6. Insurance adequate to respond in damages for loss or injury to the Vessel, or for damage sustained by third parties due to any acts, faults, or negligence by said Substitute Custodian, is being provided through National.

7. Furthermore, National agrees to accept, in accordance with the terms of the Order issued in connection with this Application, possession, responsibility and control of the

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

-2-    Case No. CV 09-2950 JL
PLAINTIFF'S EX PARTE APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

1 | Vessel, immediately after the U.S. Marshal's arrest of the Vessel on Plaintiff's behalf.

2 | 8. PORTFOLIO, in consideration of the U.S. Marshal's consent to the substitution of custody, agrees to release the United States and the U.S. Marshal from any and all liability and responsibility arising out of the care and custody of the Vessel, from the time the U.S. Marshal transfers possession of said Vessel over to said Substitute Custodian. Plaintiff further agrees to hold harmless and indemnify the United States and the U.S. Marshal from any and all claims whatsoever arising out of the Substitute Custodian's possession, and safekeeping of the Vessel.

WHEREFORE, Plaintiff respectfully request that the Court:

1. Order the U.S. Marshal for the Northern District of California to surrender possession of the Vessel to the Substitute Custodian named herein upon executing the Warrant of Arrest in this action, and that as and from such surrender the U.S. Marshal be discharged from any future duties and responsibilities for the safekeeping of the Vessel and held harmless from any and all claims arising out of said substituted custody and safekeeping.

2. Order that National Maritime Services, Inc. be appointed as the Substitute Custodian of the Vessel to retain it in its custody and possession for safekeeping for the aforementioned compensation until further Order of the Court; and

3. Order that the aforementioned costs charged by the Substitute Custodian for the storage and safekeeping of the Cargo be deemed *custodia legis* fees of the U.S. Marshal under 28 U.S.C. §1921.

Dated: September 2, 2009

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC

By: _____
Rupert P. Hansen
Max L. Kelley

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit