COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Rupert P. Hansen (SBN 082302)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC,
a Delaware Limited Liability Company

FILED

SEP X 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTFOLIO ADVISORS V, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> M/V SAN FRANCISCO SPIRIT, Official No. 971235, its Engines, Machinery, Appurtenances, etc., *In Rem*, SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, PACIFIC MARINE YACHT CHARTERS, LLC, a California Limited Liability Company, *In Personam*, and DOES 1-10. <br><br> Defendants. | Case No.: CV 09-2950 JL <br><br> **DECLARATION OF WILLIAM O'DELL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN** |

I, William O'Dell, am the authorized agent of National Maritime Services, Inc., a Florida Corporation ("National Maritime"), and declare that:

1. I am familiar with the M/V SAN FRANCISCO SPIRIT (Official No. 971235) (the "Vessel"), described in the Verified Complaint accompanying this Declaration, at least to the extent of her size, type, construction material, location within the District, and apparent condition, and attest that National Maritime can provide adequate facilities and supervision

for, and can safely keep, the Vessel in the District in place of the U.S. Marshal during the pendency of this action and until further order of the Court; and, in this regard, National Maritime would exercise due care to preserve and protect the Vessel during the custodianship.

2. National Maritime is a professional vessel substitute custodian, which operates nationwide in the United States, its Territories, and Possessions. National Maritime has been approved to act as a vessel substitute custodian by the U.S. District Courts in numerous cases.

3. As the appointed Substitute Custodian of the Vessel, National Maritime will:

   a. Attend the arrest of the Vessel with the U.S. Marshal;
   b. Immediately assume the Substitute Custodianship of the Vessel from the Marshal;
   c. Conduct an inventory of the Vessel by confirming and recording the location personal property, equipment, fixtures, and appurtenances on board the Vessel;
   d. Oversee any movement of the Vessel from its current location at Pier 9, The Embarcadero, San Francisco, California, should the Court subsequently make such an Order;
   e. Be responsible for the safekeeping of the Vessel during the pendency of this action while it is in National Maritime's custodianship; and
   f. Comply with all Orders of this Court regarding the Vessel and National Liquidators' Substitute Custodianship of the Vessel.

4. The daily charges for National Maritime to act as the substitute custodian performing the services listed above is stated in the National Maritime Service Rate Schedule, a true and correct copy of which is attached hereto as **Exhibit A**. National Maritime will seek Court approval of any extraordinary expenses relating to its Substitute Custodianship of the Vessel.

5. National Maritime has assets and insurance adequate to respond to damage for loss

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

-2-                                                                                          Case No. CV 09-2950 JL
DECLARATION OF SUBSTITUTE CUSTODIAN WILLIAM O'DELL

1 of, or injury to, the Vessel during custody and for damages sustained by third parties due to
2 any negligence of National Maritime or its employees or agents during custody. National
3 Maritime maintains such insurance through St. Paul Travelers and Seabright Insurance
4 Company in the amount of $5,000,000. National Maritime will hold harmless and
5 indemnify the United States and the U. S. Marshal's Service from any claims against either
6 of them arising out of the negligent performance of any duties it undertakes as Substitute
7 Custodian.

8 6. Furthermore, National Maritime agrees to accept Substitute Custodianship of the
9 Vessel in accordance with the Order Appointing Substitute Custodian.

10 7. All costs and expenses incidental to the keeping of the Vessel will be paid initially
11 by Plaintiff. The U.S. Marshal will not assume liability for any costs incurred incidental to
12 a Court-appointed custodianship.

13 I declare under penalty of perjury, under the laws of the United States that the
14 foregoing is true and correct, and that this Declaration was executed on September 2, 2009
15 at Fort Lauderdale, Florida.

By: _____
William O'Dell

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

-3-    Case No. CV 09-2950 JL
DECLARATION OF SUBSTITUTE CUSTODIAN WILLIAM O'DELL

## National Maritime Services Rate Schedule

| | |
|---|---|
| **Mobilization and Co-ordination of the Arrest.** | $3,000.00 One time fee. Outside USA by Quote. |
| **Inventory of Vessel, Consulting and Negotiation.** | $125.00 per hour |
| **Investigation/Surveillance/Vessel Location.** | $75.00 per hour |
| **U.S. Customs and Border Protection (CBP)/USCG Negotiations.** | $125.00 per hour |
| **Operations Manager/Recovery Manager.** | $125.00 per hour |
| **Custodial Fee.** Minimum daily fee is $200.00. | $0.50 per foot/per day. |
| **Shipping Agency Fees.** | Actual Charge+15% |
| **USCG Licensed Captain/Engineer.** | $75.00 per hour |
| **USCG Licensed Watch (Security).** | $35.00 per hour $425.00 per day |
| **HAZMAT/Pollution/Salvage Services.** | Actual Charge+15% |
| **Dockage** | Actual Charge+ 10% |
| **Port Charges.** | Actual Charge+15% |
| **Tugs/Pilot Charges.** | Actual Charge+15% |
| **Line Handling.** | Actual Charge+15% |
| **Crew Payroll.** | Actual Charge+15% |
| **Fresh Water/Electric/Garbage removal** | Actual Charge+15% |
| **Transportation/Lodging/Repatriation.** | Actual Charge+15% |
| **Communications fee, International.** | Actual Charge+15% |
| **Port Risk/Hull Coverage.** | By individual quote. |
| **Liability Insurance per $5 Million.** Included on all vessels. Coverage over $5 Million is available by individual quote and subject to underwriter approval. | $520.00 per month |
| **This list is not exclusive. Any and all other charges will be invoiced at:** | Actual Charge+15% |



EXHIBIT A