William W. Bunting III (#141981)
Kirkland W. Garey (#139587)
BUNTING, DRAYTON & ALWARD LLP
582 Market Street, Suite 812
San Francisco, California 94104-5309
Telephone: (415) 617-0244
Facsimile: (415) 617-0248

Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC

**FILED**

SEP X 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

PORTFOLIO ADVISORS V, LLC,
a Delaware Limited Liability Company,

    Plaintiff,

vs.

M/V SAN FRANCISCO SPIRIT, Official Number 971235, Its Engines, Machinery, Appurtenances, etc., *In Rem*, SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, PACIFIC MARINE YACHT CHARTERS, LLC, a California Limited Liability Company, *In Personam*, and DOES 1-10,

    Defendants.

) Case No. 09-CV-02950 JL
)
)
)
)
) **STIPULATION AND**
) **ORDER AUTHORIZING ISSUANCE OF**
) **WARRANT FOR ARREST OF THE**
) **VESSEL SAN FRANCISCO SPIRIT IN**
) **ADMIRALTY** *(In Rem)*

### STIPULATION

The parties, Plaintiff, PORTFOLIO ADVISORS V, LLC, and Defendants, SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC, hereby stipulate as follows:

WHEREAS, Plaintiff filed its verified complaint in this action on June 30, 2009, *in personam* and *in rem*, seeking foreclosure of the first and second preferred ship mortgages, among other things, on the M/V San Francisco Spirit (the "Vessel"), and these defendants were each served with a summons and a copy of the verified complaint, along with various documents issued by the Court, on July 1, 2009;

STIPULATION AND ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST OF THE VESSEL
[U.S. District Court Case No. 09-CV-02950 JL]

1     WHEREAS, Defendants have not responded to the summons and complaint and Plaintiff has requested defaults be entered as to these Defendants;

3     WHEREAS, Plaintiff seeks in its verified complaint the arrest of the Vessel and these Defendants do not oppose this requested relief;

5     WHEREAS, Defendant Signature Hospitality, LLC is the owner of the Vessel and Defendants Garrett O'Doherty, Danielle O'Doherty and Pacific Marine Yacht Charters, LLC are guarantors of Signature Hospitality, LLC's obligations under the first and second preferred ship mortgages, notes and security agreements;

9     WHEREAS, the Court has reviewed Plaintiff's verified complaint and supporting papers in accordance with Rule C(3)(a)(ii)(A) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and the Court finds that the conditions for an action *in rem* appear to exist, and,

13     NOW, THEREFORE, the parties hereto agree and stipulate as follows:

14     1. That the Clerk of this Court is authorized to and shall issue a Warrant for the Arrest of the Vessel San Francisco Spirit;

16     2. That the Marshall of this District is authorized to and shall serve the Warrant of Arrest on the Vessel San Francisco Spirit, take it into custody, and keep it in custody until further order of the Court or upon express authorization from Plaintiff's attorney in accordance with Rule E of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

20     3. That any person holding an interest in the Vessel arrested hereunder shall, upon application to the Court, be entitled to a prompt hearing upon not less than three (3) days notice to Plaintiff at which time Plaintiff shall be required to show why arrest should not be vacated or other relief granted; and

23     4. That a copy of this Order shall be attached to and served with the Warrant of Arrest.

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

Date: 9-3-09

By: Cox L. Wooley
Max L. Kelley
Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC

Date: 8/10/09

DANIELLE O'DOHERTY

Date: 8/10/09

GARRETT O'DOHERTY

Date: 8/10/09

SIGNATURE HOSPITALITY, LLC

By: /s/

Its: CEO

Date: 8/10/09

PACIFIC MARINE YACHT CHARTERS, LLC

By: /s/

Its: CEO

## ORDER

The Court having considered the foregoing Stipulation,

IT IS HEREBY ORDERED THAT:

1. The Clerk of this Court is authorized to and shall issue a Warrant for the Arrest of the Vessel San Francisco Spirit;

2. The Marshall of this District is authorized to and shall serve the Warrant of Arrest on the Vessel San Francisco Spirit, take it into custody, and keep it in custody until further order of the Court or upon express authorization from Plaintiff's attorney in accordance with Rule E of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

3. Any person holding an interest in the Vessel arrested hereunder shall, upon application to the Court, be entitled to a prompt hearing upon not less than three (3) days notice to Plaintiff at which time Plaintiff shall be required to show why arrest should not be vacated or other relief granted; and

4. A copy of this Order shall be attached to and served with the Warrant of Arrest.

Date: 9/3/09

U.S. ~~MAGISTRATE~~ JUDGE

DISTRICT