1

2

3

4

5  UNITED STATES DISTRICT COURT

6  NORTHERN DISTRICT OF CALIFORNIA

7

8  PORTFOLIO ADVISORS V, LLC,                     )   Case No.: CV 09-2950 JL
   a Delaware Limited Liability Company,          )
                                                  )   **WARRANT FOR ARREST**
9                                                 )
                  Plaintiff,                      )
10                                                )
            v.                                    )
11                                                )
                                                  )
12  M/V SAN FRANCISCO SPIRIT, Official No.        )
    971235, its Engines, Machinery,               )
13  Appurtenances, etc., *In Rem*, SIGNATURE      )
    HOSPITALITY, LLC, a California Limited        )
14  Liability Company, GARRETT O'DOHERTY,         )
    DANIELLE O'DOHERTY, PACIFIC                   )
15  MARINE YACHT CHARTERS, LLC, a                 )
    California Limited Liability Company, *In*    )
16  *Personam*, and DOES 1-10.                    )
                                                  )
17                                                )
                  Defendants.                     )
18

19

20  **TO THE UNITED STATES MARSHAL OF THIS DISTRICT:**

21        WHEREAS  a Verified Complaint has been filed in the United States District Court

22  for the Northern District of California by plaintiff PORTFOLIO ADVISORS V, LLC

23  against the defendant Vessel M/V SAN FRANCISCO SPIRIT, Official No. 971235, her

24  Engines, Machinery, Appurtenances, etc., setting forth admiralty and maritime claims; and

25        WHEREAS, the Verified Complaint prays for the arrest of the defendant Vessel

26  pursuant to process issued from this Court, and the Court, after due consideration, has

27  signed an Order for the Issuance of this Warrant of Arrest, at true and correct copy of which

28  is attached hereto;

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

-1-                                                    Case No. CV 09-2950 JL

WARRANT FOR ARREST

1    YOU ARE HEREBY COMMANDED to arrest the above-named Vessel and her

2    appurtenances forthwith and to detain said Vessel in your custody until further Order of the

3    Court respecting the Vessel, or upon express authorization from Plaintiff's attorney, in

4    accordance with the Supplemental Rules for Admiralty Rule E, Federal Rules of Civil

5    Procedure.

6    YOU ARE FURTHER COMMANDED to file this process with the Court upon

7    your return thereon promptly after its execution; and, to mail a copy of this process and the

8    return thereon to Plaintiff's attorney at: Max L. Kelley, Cox, Wootton, Griffin, Hansen &

9    Poulos, LLP, 190 The Embarcadero, San Francisco, California, 94105.

10

11

12   DATED:   9-3-09          By: _____

13                                Clerk, United States District Court

14                                    GLORIA ACEVEDO

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL. 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

-2-                                    Case No. CV 09-2950 JL

WARRANT FOR ARREST