1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Rupert P. Hansen (SBN 082302)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA  94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Plaintiff
6  PORTFOLIO ADVISORS V, LLC,
   a Delaware Limited Liability Company
7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  PORTFOLIO ADVISORS V, LLC,            ) Case No.:  CV 09-2950 JL
    a Delaware Limited Liability Company, )
12                                        ) **STIPULATION AND REQUEST**
                                          ) **FOR ORDER AUTHORIZING**
13              Plaintiff,                ) **VESSEL TO RESUME CHARTER**
                                          ) **OPERATIONS**
14       v.                               )
                                          ) **Supp. Fed. R. Civ. Proc. E(4)(d)**
15                                        ) **Admiralty L.R. 9-1(c)**
    M/V SAN FRANCISCO SPIRIT, Official No. )
16  971235, its Engines, Machinery,       )
    Appurtenances, etc., *In Rem*, SIGNATURE )
17  HOSPITALITY, LLC, a California Limited )
    Liability Company, GARRETT O'DOHERTY, )
18  DANIELLE O'DOHERTY, PACIFIC           )
    MARINE YACHT CHARTERS, LLC, a         )
19  California Limited Liability Company, *In* )
    *Personam*, and DOES 1-10.            )
20                                        )
                                          )
21              Defendants.               )
                                          )
22  _____ )

23       The parties, Plaintiff PORTFOLIO ADVISORS V, LLC, and Defendants SIGNATURE

24  HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC

25  MARINE YACHT CHARTERS, LLC ("Pacific) being all the parties to the within action

26  (collectively "the Parties"), hereby stipulate and request as follows:

27       WHEREAS, the Defendant Vessel, M/V SAN FRANCISCO SPIRIT, Official No.

28  971235 (the "Vessel"), was arrested by the U.S. Marshal on September 4, 2009, pursuant to a

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

1  warrant of arrest duly issued by this Court;

2       WHEREAS, authority for this request is based on Admir. L.R. 9-1(c), which provides in

3  pertinent part:

4       Following arrest or attachment of a vessel, no cargo handling, repairs or movement may be made without an order of court. The applicant for such an

5       order shall give notice to the marshal and to all parties of record. Upon proof of adequate insurance coverage of the applicant to indemnify the marshal for his or

6       her liability, the court may direct the marshal to permit cargo handling, repairs, movement of the vessel or other operations.

7

8  *See, e.g., United States v. Audrey II*, 185 F.Supp. 777 (S.D.Cal.1960) (vessel allowed to resume charter operations while under arrest) and cases cited therein at 782.

9

10       WHEREAS, the Vessel is currently in the care, custody, and control of a Court-appointed substitute custodian, National Maritime Services, Inc., pursuant to an order duly

11  issued by this Court;

12

13       WHEREAS, the Vessel's bareboat charterer, Pacific, has pre-existing charter contracts (singularly "Charter," collectively "Contracts") scheduled to be performed aboard the Vessel

14  beginning on ***Thursday, September 17, 2009***,[1] as described more fully in **Exhibit "A"**

15  attached hereto;

16       WHEREAS, the Parties believe it would be difficult if not impossible to reschedule all

17  of these charters, as a number of them fall within "Fleet Week" during which most other

18  charter vessels on San Francisco Bay are booked with their own charters;

19       WHEREAS, the Parties wish to avoid the potential of having new claims arise against

20  the defendants, or any of them, which would or may occur if the Contracts ***running through***

21  ***the end of October 2009*** were to go unperformed while the Vessel is under arrest;

22       WHEREAS, the defendants believe that those Contracts listed on **Exhibit "A"** which

23  post-date October 2009 are capable of being rescheduled or conducted on other vessels;

24       WHEREAS, the Parties also do not wish to have the charterers under the Contracts

25  ***running through the end of October 2009*** suffer inconvenience or additional expense due to

26  cancellation of the Contracts;

27

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

---

[1] The Charter listed on Exhibit "A" for September 13, 2009, was able to be performed on another vessel.

NOW THEREFORE, the Parties agree and stipulate as follows:

1.  That the Parties jointly request the Court to issue *forthwith* an Order allowing the Vessel to resume its charter operations and perform the *Thursday, September 17, 2009* Charter and all other Contracts listed on **Exhibit "A"** up to and *through October 2009* while still under arrest and the jurisdiction of the Court;

2.  That, prior to performance of the first Charter on September 17, 2009, a marine survey of the Vessel's hull and machinery be performed by a qualified marine surveyor chosen by Plaintiff; that the performance of the Contracts, or any of them, shall be contingent upon the Vessel passing said survey and by virtue thereof be deemed reasonably fit and seaworthy of performing said Contracts; and that the cost of said marine survey shall be deemed a cost of *custodia legis;*

3.  That the right of defendant Pacific to resume its charter operations aboard the Vessel and perform the Contracts *through the end of October 2009* is subject to the following conditions:

    a.  That defendants, and each of them, ensure, warrant, and promise that all existing insurance policies covering the Vessel are in force and renewed as required to provide full and adequate coverage for and throughout the performance of the Contracts, with no lapse in coverage;

    b.  That defendants agree that all such insurance will have deductibles acceptable to plaintiff Portfolio;

    c.  That plaintiff Portfolio agrees to (and hereby confirms that it has) advanced *for the period of time from now through the end of October 2009* the cost of the premiums for hull and machinery insurance on the Vessel and for Protection and Indemnity Insurance necessary for charter operations, equivalent to that formerly carried by the Vessel for its charter operations on San Francisco Bay and its tributaries (**Exhibit "B"** hereto is a true and correct copy of proof of such payment);

    d.  That defendants will provide Plaintiff with copies of the existing insurance binders applicable to the operations of the Vessel (and hereby confirm that they have done so, *see,* **Exhibit "C"** hereto);

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

Case No. CV 09-2950 JL
STIPULATION AND REQUEST FOR ORDER AUTHORIZING VESSEL TO RESUME CHARTER OPERATIONS

e. That through their own expense, Defendants, and each of them, ensure, warrant, and promise that the Vessel is seaworthy, and reasonably fit for its intended purpose of performing the Contracts *for the period of time from now through the end of October 2009*;

f. That within a minimum of 24 hours in advance of each Charter, defendant Pacific will provide notice to both the Substitute Custodian and the undersigned counsel for Plaintiff Portfolio of the time the Charter is scheduled to commence and the expected number of passengers for the Charter;

g. That defendant Pacific and its marine catering, service and entertainment personnel may have access to the Vessel for the purposes of delivery, set up, and preparation for the Charter for the periods of 8:00 a.m. to 4:00 p.m. the day before the Charter and also beginning three (3) hours before the Charter starts and will disembark the Vessel within 4 hours after the passengers disembark from each Charter;

h. That Defendants, and each of them, ensure, warrant and promise, that all money and proceeds received by Defendants, or any of them, for the performance of the Contracts beyond and in excess of those deposits listed for the Contracts as stated in **Exhibit "A",** shall be paid and distributed as follows:

    i.  First, to pay all reasonable charter expenses including but not limited to, crew wages, food and beverage catering and services, other entertainment services currently included in the charter agreements in force for the Contracts listed in Exhibit "A";

    ii.  Second, to pay the reasonable expenses of the Vessel, including but not limited to, insurance, fuel, maintenance, crew wages, dockage, wharfage, repairs, taxes, permits and licensing fees, and other necessaries; and

    iii. Lastly, all remaining monies to be distributed to defendant Pacific to pay its administrative, bookkeeping, management, and other expenses related to performing the Contracts.

4. That the appointed agents and/or representatives of the Substitute Custodian and/or

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV SF Spirit

Case No. CV 09-2950 JL

1  Plaintiff Portfolio will travel with the Vessel during its performance of the Contracts to

2  observe and monitor the Vessel's operations (the Substitute Custodian has been notifed of this

3  and has agreed to do so);

4  5.     That Plaintiff Portfolio, or any other interested party who may subsequently intervene or

5  seek to assert its rights and/or interests in this matter, for good cause, may petition the Court

6  for an order rescinding or appropriately modifying or limiting this Order if it (or they) has a

7  reasonable belief that the performance of the Contracts, or any of them, will somehow

8  prejudice, endanger, damage, or diminish, its rights and/or interests in this matter or the safety

9  or seaworthiness of the Vessel;

10  6.     That the Vessel shall not at any time during the performance of the Contracts allowed,

11  navigate seaward of the Golden Gate Bridge or beyond the geographical limits of the Northern

12  District of California.

13

14  Dated: September 15, 2009          COX, WOOTTON, GRIFFIN,
                                      HANSEN & POULOS, LLP
15                                     Attorneys for Plaintiff
                                      PORTFOLIO ADVISORS V, LLC
16

17                            By: _____
                                      Rupert P. Hansen
18                                     Max L. Kelley

19

20

21  Dated: September 15, 2009     By: _____
                                      Garrett O'Doherty, Defendant
22

23

24

25  Dated: September 15, 2009     By: _____
                                      Danielle O'Doherty, Defendant
26

27

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SP Split

SIGNATURE HOSPITALITY, LLC

Dated: September 15, 2009          By: _____
                                       Garrett O'Doherty
                                       Managing Member


PACIFIC MARINE YACHT CHARTERS, LLC



Dated: September 15, 2009          By: _____
                                       Garrett O'Doherty
                                   Its:  Managing Member


**DEFENDANT M/V PACIFIC SPIRIT,** *in rem*

Dated: September 15, 2009          By: SIGNATURE HOSPITALITY, LLC, the Vessel's
                                       Owner


                                   _____
                                       Garrett O'Doherty
                                   Its:  Managing Member


Dated: September 15, 2009          By: PACIFIC YACHT CHARTERS, LLC, the
                                       Vessel's Bareboat Charterer


                                   _____
                                       Garrett O'Doherty
                                   Its:  Managing Member

Case No. CV 09-2950 JL
STIPULATION AND REQUEST FOR ORDER AUTHORIZING VESSEL TO RESUME CHARTER OPERATIONS

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Sphit

## ORDER

The Court having considered the foregoing Stipulation of all parties to this Action, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Vessel is permitted to resume its charter operations with regard to performing the *Thursday, September 17, 2009* Contract and all other Contracts listed on **Exhibit "A"** upto and *through October 2009* while still under arrest and the jurisdiction of the Court;

2. Prior to performance of the first Charter on September 17, 2009, a marine survey of the Vessel's hull and machinery be performed by a qualified marine surveyor chosen by Plaintiff; that the performance of the Contracts, or any of them, shall be contingent upon the Vessel passing said survey and by virtue thereof, be deemed reasonably fit and seaworthy of performing said Contracts; and that the cost of said marine survey shall be deemed a cost of *custodia legis;*

3. That the right of defendant Pacific to resume its charter operations aboard the Vessel and perform the Contracts *through the end of October 2009* is subject to the following conditions:

   a. That defendants, and each of them, ensure, warrant, and promise that all existing insurance policies covering the Vessel are in force and renewed as required to provide full and adequate coverage for and throughout the performance of the Contracts, with no lapse in coverage;

   b. That defendants agree that all such insurance will have deductibles acceptable to plaintiff Portfolio;

   c. That plaintiff Portfolio agrees to (and has confirmed to the Court that it has) advanced *for the period of time from now through the end of October 2009* the cost of the premiums for hull and machinery insurance on the Vessel and for Protection and Indemnity Insurance necessary for charter operations, equivilant to that formerly carried by the Vessel for its charter operations on

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

San Francisco Bay and its tributaries;

d.  That defendants provide Plaintiff with copies of the existing insurance binders applicable to the operations of the Vessel (and have confirmed to the Court that they have done so);

e.  That through their own expense, Defendants, and each of them, ensure, warrant, and promise that the Vessel is seaworthy, and reasonably fit for its intended purpose of performing the Contracts *for the period of time from now through the end of October 2009*;

f.  That within a minimum of 24 hours in advance of each Charter, defendant Pacific shall provide notice to both the Substitute Custodian and the undersigned counsel for Plaintiff Portfolio, the time the Charter is scheduled to commence and the expected number of passengers for the Charter;

g.  That defendant Pacific and its marine catering, service, and entertainment personnel be allowed to access the Vessel from 8:00 a.m. to 4:00 pm the before each Charter starts and such personnel will disembark the Vessel within 4 hours after the passengers disembark from each Charter;

h.  That Defendants, and each of them, ensure, warrant and promise, that all money and proceeds received by defendants, or any of them, for the performance of the Contracts beyond and in excess of those deposits listed for the Contracts as stated in **Exhibit "A",** shall be paid and distributed as follows:

    i.  First, to pay all reasonable charter expenses including but not limited to, crew wages, food and beverage catering and services, other entertainment services currently included in the charter agreements in force for the Contracts listed in Exhibit "A";

    ii.  Second, to pay the reasonable expenses of the Vessel, including but not limited to, insurance, fuel, maintenance, crew wages, dockage, wharfage, repairs, taxes, permits and licensing fees, and other

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

necessaries; and

      iii.  Lastly, all remaining monies to be distributed to defendant Pacific to pay its administrative, bookkeeping, management, and other expenses related to performing the Contracts.

4. That the appointed agents and/or representatives of the Substitute Custodian and/or Plaintiff Portfolio shall be allowed to travel with the Vessel during its performance of the Contracts to observe and monitor the Vessel's operations (this Order is to be served on the Substitute Custodian by Plaintiff Portfolio);

5. That Plaintiff Portfolio, or any other interested party who may subsequently intervene or seek to assert its rights and/or interests in this matter, for good cause, may petition the Court for an order rescinding or appropriately modifying or limiting this Order if it (or they) has a reasonable belief that the performance of the Contracts, or any of them, will somehow prejudice, endanger, damage, or diminish, its rights and/or interests in this matter or the safety or seaworthiness of the Vessel; and

6. That the Vessel shall not at any time during the performance of the Contracts allowed, navigate seaward of the Golden Gate Bridge or beyond the geographical limits of the Northern District of California.

Dated: September 15, 2009

_____
U.S. MAGISTRATE JUDGE

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

Case No. CV 09-2950 JL
STIPULATION AND REQUEST FOR ORDER AUTHORIZING VESSEL TO RESUME CHARTER OPERATIONS

| BOOKING ARRIVAL DATE | BOOKING POST AS |
|---|---|
| Council of Industries | 9-17-2009 |
| Nicole Marshall Wedding | 10-3-2009 |
| Swim Across America | 10-3-2009 |
| Swim Across America | 10-3-2009 |
| TBA Global Events – formerly PGI | 10-5-2009 |
| American Society of Appraisers | 10-7-2009 |
| Lexus of Marin | 10-10-2009 |
| Starwood Hotels & Resorts | 10-10-2009 |
| BiRite Foodservice Distributors | 10-11-2009 |
| Pacific Sound | 10-23-2009 |
| Hummingbird Events | 10-28-2009 |
| Industrial Claims Association | 12-4-2009 |
| BRE Properties | 12-18-2009 |
| San Ramon Valley High | 4-17-2010 |
| Inderkum High School | 5-8-2010 |
| Cupertino High School | 5-15-2010 |
| Events to the T | 6-1-2010 |

**EXHIBIT A**

Pacific Marine Yacht Charters LLC
DBA: & Signature Hospitality LLC & Portfolio
Pier 9 Embarcadero
San Francisco CA 94111

Date Printed: SEP 14 09

**Invoice Number:** 12572
**CLIENT#:** 3560

**Due Date:** SEP 25 09
Total amount due: **$17,983.90**

Amount of remittance: $ _____

Remit To:

Island Wide Marine Agency
3771 Nesconset Hwy #212
So. Setauket, NY 11720

### Please return this portion with payment

Invoice Date: SEP 10 09

Type: A

### Invoice # 12572

| Trans Coverage<br>Code Eff Date | Policy# | Line of Business | Description | Amount |
|---|---|---|---|---|
| DP   AUG 14 09 | 06637 | Passenger Vessel | Primary, Excess Hull & Excess P&I | $13,718.75 |
| IN   AUG 14 09 | 06637 | Passenger Vessel | First Monthly Payment | $4,265.15 |

**TOTAL AMOUNT DUE:**   $17,983.90

IN ORDER TO MAINTAIN YOUR COVERAGE IN FULL FORCE AND EFFECT, PAYMENT MUST BE RECEIVED
BY THE DUE DATE LISTED ABOVE. ****FAILURE TO MAKE PAYMENT IN A TIMELY FASHION COULD
RESULT IN CANCELLATION.*****

We now offer payment by credit card. Our payment website is : WWW.YYNET.COM/CREDIT, click on the "arrow",
then click on "make a payment". Thank you for your prompt payment.

**P A I D**
9/14/09
Irene Querten
accounting manager
Island Wide Marine

**Island Wide Marine Agency**
3771 Nesconset Hwy #212
So. Setauket, NY 11720

PHONE : (631) 444-0700          FAX: (631) 444-0044

Pacific Marine Yacht Charters LLC
DBA: & Signature Hospitality LLC & Portfolio
Pier 9 Embarcadero
San Francisco, CA 94111

*EXHIBIT B*

Binder #: 3560A

# INSURANCE BINDER
## THIS BINDER IS A TEMPORARY INSURANCE CONTRACT

| NAME AND ADDRESS OF AGENCY: | COMPANY (IES) |
|---|---|
| Island Wide Marine Agency<br>3771 Nesconset Highway<br>Suite 212<br>South Setauket, NY 11720<br>(800) 635-6097    Fax: (631) 444-0044 | A)   National Union Fire Insurance Company of Pittsburgh PA<br>B)   Navigators Insurance Company<br><br>Effective Date:  08/14/2009<br>Expiring Date:  08/14/2010       Beginning and Ending at Noon E.S.T.<br><br>**Excess Policies Effective Date: 09/01/2009<br>          Expiring Date: 09/01/2010 |

| NAMED INSURED: | OPERATION DESCRIPTION: |
|---|---|
| Pacific Marine Yacht Charters LLC<br>& Signature Hospitality LLC & Portfolio Advisors V LLC<br>Pier 9 Embarcadero<br>San Francisco, CA  94111 | Passenger Vessel |

| TYPE AND DESCRIPTION OF PROPERTY: | COVERAGE/PERILS/FORMS | AMOUNT | DEDUCTIBLE |
|---|---|---|---|
| Vessel Name: "SAN FRANCISCO SPIRIT"<br><br>Description: 1991 150 ' Nichols Brothers<br>  Engine(s):  Triple 1990 Cummins NTA855M 360hp each.<br>  Trailer: N/A<br><br>Gross Tons: 98<br>Official #: 971235 | (A) Hull, Machinery & SRCC<br>   Wear & Tear/Latent Defect Exclusions Apply. | $ 1,000,000 | $ 10,000 |
| | (A) Protection & Indemnity<br><br>  Including 700 Passengers<br>*13 F/T & *15 P/T Crew<br>Excludes All Owners | $ 1,000,000 | $ 1,000 B/I<br>$10,000 P/D |
| | (A) Medical Payments<br>(A) Passenger Personal Effects<br>(A) Dock Liability<br>(A) Towing | $ 5,000<br>$ 1,000<br>$ 1,000,000<br>$ 500 | $ 250 |
| | (B) **Excess Hull<br>(B) **Excess P&I | $ 2,000,000<br>$ 4,000,000 | |

## SPECIAL CONDITIONS:

Navigation Limits: Inland Waters of California or as mandated by the U.S.C.G. Certificate of Inspection, whichever is less.

Lay-Up Period: N/A

*Crew Coverage: 3 F/T Hard, 10 F/T Soft & 15 P/T Soft.

LOSS PAYEES / ADDITIONAL INSUREDS:

SEE ATTACHED SCHEDULE

_____     9/9/09 _____
Authorized Representative              Date


EXHIBIT C

## Additional Interests

| LP: YES | AI: YES | Allegiance Financial Group Inc.<br>2935 Country Drive, Suite 102<br>Saint Paul, MN 55117 | BOW (If Any) : | Vessel(s) :<br>1 |
|---|---|---|---|---|
| LP: | AI: YES | Port of San Francisco<br>Pier 1<br>San Francisco, CA 94102 | BOW (If Any) : | Vessel(s) :<br>1 |
| LP: NO | AI: YES | Portfolio Advisors V, LLC<br>2935 Country Drive, Suite 102<br>Little Canada, MN 55117 | BOW (If Any) : | Vessel(s) :<br>1 |
| LP: YES | AI: | Yacht Connections International, Inc<br>P.O. Box 475038<br>San Francisco, CA 94147 | BOW (If Any) : | Vessel(s) :<br>1 |
| LP: YES | AI: | Premium Assignment Corporation<br>151 Kalmus Drive, Suite C220<br>Costa Mesa, CA 92626 | BOW (If Any) : | Vessel(s) :<br>1 |

Vessel # 1 "SAN FRANCISCO SPIRIT"

LP=Loss Payee
AI=Additional Insured

Named Insured: Pacific Marine Yacht Charters LLC & Signature Hospitality LLC & Portfolio Advisors
V LLC
Policy # 06637
Company National Union Fire Insurance Company of Pittsburgh PA