COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Rupert P. Hansen (SBN 082302)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC,
a Delaware Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTFOLIO ADVISORS V, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> M/V SAN FRANCISCO SPIRIT, Official No. 971235, its Engines, Machinery, Appurtenances, etc., *In Rem*, SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, PACIFIC MARINE YACHT CHARTERS, LLC, a California Limited Liability Company, *In Personam*, and DOES 1-10. <br><br> Defendants. | Case No.: CV 09-2950 JL <br><br> **STIPULATION AND REQUEST FOR ORDER AUTHORIZING VESSEL REPAIRS** <br><br> Supp. Fed. R. Civ. Proc. E(4)(d) <br> Admiralty L.R. 9-1(c) |

The parties, Plaintiff PORTFOLIO ADVISORS V, LLC, and Defendants SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC ("Pacific") being all the parties to the within action (collectively "the Parties"), hereby stipulate and request as follows:

WHEREAS, the Defendant Vessel, M/V SAN FRANCISCO SPIRIT, Official No. 971235 (the "Vessel"), was arrested by the U.S. Marshal on September 4, 2009, pursuant to a

warrant of arrest duly issued by this Court;

WHEREAS, authority for this request is based on Admir. L.R. 9-1(c), which provides in pertinent part:

> Following arrest or attachment of a vessel, no cargo handling, repairs or movement may be made without an order of court. The applicant for such an order shall give notice to the marshal and to all parties of record. Upon proof of adequate insurance coverage of the applicant to indemnify the marshal for his or her liability, the court may direct the marshal to permit cargo handling, repairs, movement of the vessel or other operations.

*See, e.g., United States v. Audrey II*, 185 F.Supp. 777 (S.D.Cal.1960) (vessel allowed to resume charter operations while under arrest) and cases cited therein at 782.

WHEREAS, the Vessel is currently in the care, custody, and control of a Court-appointed substitute custodian, National Maritime Services, Inc., pursuant to an order duly issued by this Court;

WHEREAS, the Vessel's U.S. Coast Guard Certificate of Inspection ("COI") is due to expire on *Tuesday, September 29, 2009*;

WHEREAS, the Parties agree that the Vessel's COI must be kept current in order for it to legally and safely operate;

WHEREAS, in order for the Vessel to remain operational and fit to perform its Court-approved charters certain repairs and maintenance need to be performed aboard the Vessel while in still under arrest and the jurisdiction of this Court;

WHEREAS, such necessary work aboard the Vessel includes, but is not limited to, repairs to the high water alarm (aft void space), the galley watertight door, the forward void ladder, and the No. 2 generator exhaust. Furthermore, necessary Vessel maintenance and inspections will include, but not be limited to, inventorying all lifejackets, inspecting life rafts, fire hoses, firm alarms, emergency pumps, and HVAC system.

NOW THEREFORE, the Parties agree and stipulate as follows:

1. That the Parties jointly request the Court to issue *forthwith* an Order allowing the necessary repairs, maintenance, inspections to take place aboard the Vessel to effect the renewal of its COI and to maintain the Vessel in a proper operational condition;

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

-2-   Case No. CV 09-2950 JL
STIPULATION AND REQUEST FOR ORDER AUTHORIZING VESSEL REPAIRS

2. That all necessary workers, inspectors, and materials be allowed access to the Vessel from Tuesday, September 22, 2009 through September 30, 2009, during the normal working hours of 8:00 a.m. until 6:00 p.m.

3. That all necessary U.S. Coast Guard personnel be allowed to board and access the Vessel at any time to conduct the necessary and proper inspections in furtherance of renewing the Vessel's COI.

4. That the Vessel be allowed to receive fuel from a tanker truck at Pier 9 on September 30, 2009 as part of its normal refueling operations.

5. That the Substitute Custodian will observe and monitor such necessary repairs, maintenance, refueling, and inspections; and

6. That all such necessary repairs, maintenance, refueling, and inspections shall be paid for by the shipowner and shall *not* be paid for by reliance on the credit of the vessel, *nor* secured by a maritime lien on the Vessel.

Dated: September 21, 2009

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC

By: _____
Rupert P. Hansen
Max L. Kelley

Dated: September 21, 2009

By: _____
Garrett O'Doherty, Defendant

Dated: September 21, 2009

By: _____
Danielle O'Doherty, Defendant

-3-

STIPULATION AND REQUEST FOR ORDER AUTHORIZING VESSEL REPAIRS

Case No. CV 09-2950 JL

**SIGNATURE HOSPITALITY, LLC**

Dated: September 21, 2009      By: _____
                                    Garrett O'Doherty
                                    Managing Member


**PACIFIC MARINE YACHT CHARTERS, LLC**

Dated: September 21, 2009      By: _____
                                    Garrett O'Doherty
                               Its: Managing Member


**DEFENDANT M/V PACIFIC SPIRIT,** *in rem*

Dated: September 21, 2009      By: SIGNATURE HOSPITALITY, LLC, the
                                   Vessel's Owner

                                   _____
                                   Garrett O'Doherty
                               Its: Managing Member


Dated: September 21, 2009      By: PACIFIC YACHT CHARTERS, LLC, the
                                   Vessel's Bareboat Charterer

                                   _____
                                   Garrett O'Doherty
                               Its: Managing Member

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SP Spirit

-4-                                                    Case No. CV 09-2950 JL
STIPULATION AND REQUEST FOR ORDER AUTHORIZING VESSEL REPAIRS

## ORDER

The Court having considered the foregoing Stipulation of all parties to this Action, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. All necessary workers, inspectors, and materials shall be allowed access to the Vessel beginning Tuesday, September 22, 2009 through September 30, 3009 from 8:00 a.m. until 6:00 p.m. to effect the necessary repairs, maintenance, and inspections in order to renew the Vessel's COI and maintain her in a proper operational condition.

2. All necessary Coast Guard personnel be allowed to access the Vessel at any time to perform the proper work and inspections in furtherance of renewing the Vessel's COI.

3. The Vessel be allowed to receive fuel from a tanker truck at Pier 9 on September 30, 2009.

4. The Substitute Custodian shall observe and monitor such necessary repairs, maintenance, refueling, and inspections.

5. That all such necessary repairs, maintenance, refueling, and inspections shall be paid for by the shipowner and shall not be paid for by reliance on the credit of the Vessel, nor by any maritime lien on the Vessel.

Dated: September 22, 2009

_____
U.S. MAGISTRATE JUDGE

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

-5-   Case No. CV 09-2950 JL
STIPULATION AND REQUEST FOR ORDER AUTHORIZING VESSEL REPAIRS