1   **COX, WOOTTON, GRIFFIN,**
    **HANSEN & POULOS, LLP**
2   Rupert P. Hansen  (SBN 082302)
    Max L. Kelley (SBN 205943)
3   190 The Embarcadero
    San Francisco, CA  94105
4   Telephone No.: 415-438-4600
    Facsimile No.: 415-438-4601
5
    Attorneys for  Plaintiff
6   PORTFOLIO ADVISORS V, LLC,
    a Delaware Limited Liability Company
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  PORTFOLIO ADVISORS V, LLC,              )  Case No.:  CV 09-2950 JL
    a Delaware Limited Liability Company,   )
12                                          )  **STIPULATION AND REQUEST**
                                            )  **FOR ORDER AUTHORIZING**
13                 Plaintiff,               )  **ADDITIONAL CHARTER**
                                            )  **OPERATIONS**
14         v.                               )
                                            )  **Supp. Fed. R. Civ. Proc. E(4)(d)**
15                                          )  **Admiralty L.R. 9-1(c)**
    M/V SAN FRANCISCO SPIRIT, Official No.  )
16  971235, its Engines, Machinery,        )
    Appurtenances, etc., *In Rem*, SIGNATURE )
17  HOSPITALITY, LLC, a California Limited  )
    Liability Company, GARRETT O'DOHERTY,   )
18  DANIELLE O'DOHERTY, PACIFIC             )
    MARINE YACHT CHARTERS, LLC, a           )
19  California Limited Liability Company, *In* )
    *Personam*, and DOES 1-10.               )
20                                          )
                                            )
21                 Defendants.              )
    _____   )
22

23         The parties, Plaintiff PORTFOLIO ADVISORS V, LLC, and Defendants SIGNATURE

24  HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC

25  MARINE YACHT CHARTERS, LLC ("Pacific) being all the parties to the within action

26  (collectively "the Parties"), hereby stipulate and request as follows:

27         WHEREAS, the Defendant Vessel, M/V SAN FRANCISCO SPIRIT, Official No.

28  971235 (the "Vessel"), was arrested by the U.S. Marshal on September 4, 2009, pursuant to a

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

1    warrant of arrest duly issued by this Court;

2    WHEREAS, authority for this request is based on Admir. L.R. 9-1(c), which provides in

3    pertinent part:

> Following arrest or attachment of a vessel, no cargo handling, repairs or
> movement may be made without an order of court. The applicant for such an
> order shall give notice to the marshal and to all parties of record. Upon proof of
> adequate insurance coverage of the applicant to indemnify the marshal for his or
> her liability, the court may direct the marshal to permit cargo handling, repairs,
> movement of the vessel or other operations.

*See, e.g., United States v. Audrey II*, 185 F.Supp. 777 (S.D.Cal.1960) (vessel allowed to

resume charter operations while under arrest) and cases cited therein at page 782.

WHEREAS, the Vessel is currently in the care, custody, and control of a Court-

appointed substitute custodian, National Maritime Services, Inc., pursuant to an order duly

issued by this Court, and properly insured;

WHEREAS, on September 15, 2009, this Court issued an Order allowing the Vessel to

resume its charter operations with regard to 11 charters listed in Exhibit A thereto (a copy of

that Order is attached as **Exhibit A**).

WHEREAS, defendants advise that due to a clerical error two charters that should have

been listed on Exhibit A were inadvertently omitted, namely:

     1)   Lowell High School              October 24, 2009

     2)   Pacific Sound                  October 25, 2009

WHEREAS, Plaintiff Portfolio has no objection to these two additional charters being

added to Amended Exhibit A, attached hereto, and being performed by the Vessel;

WHEREAS, the Parties request and agree that the terms and conditions set forth in the

Court's Order of September 15, 2009 apply as well to these two additional charters.

WHEREAS, for the sake of convenience and efficiency, the Parties also stipulate and

request that this Court order that defendant Danielle O'Doherty may be served with process in

this action at the offices of defendant Signature Hospitality, LLC, Pier 9, The Embarcadero,

San Francisco, California,

NOW THEREFORE, the Parties agree and stipulate to and request that this Court order

the following:

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

1.   That the Vessel be allowed to operate two additional charters as follows:

    1)  Lowell High School          October 24, 2009

    2)  Pacific Sound               October 25, 2009

2.   That the terms and conditions set forth in the Court's Order of September 15, 2009 apply to these two additional charters.

3.   That delivery of process and pleadings in this action to Danielle O'Doherty be effective upon delivery or mail to Danielle O'Doherty c/o defendant Signature Hospitality, LLC located at Pier 9, The Embarcadero, San Francisco, 94111.

Dated: September 22, 2009          COX, WOOTTON, GRIFFIN,
                             HANSEN & POULOS, LLP
                             Attorneys for Plaintiff
                             PORTFOLIO ADVISORS V, LLC

By: _____
            Rupert P. Hansen
            Max L. Kelley

Dated: September 22, 2009          By: _____
                               Garrett O'Doherty, Defendant

Dated: September 22, 2009          By: _____
                               Danielle O'Doherty, Defendant

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

-3-
STIPULATION AND REQUEST FOR ORDER AUTHORIZING ADDITIONAL CHARTERS

Case No. CV 09-2950 JL

SIGNATURE HOSPITALITY, LLC

Dated: September 22, 2009     By: _____
                                  Garrett O'Doherty
                                  Managing Member

PACIFIC MARINE YACHT CHARTERS, LLC

Dated: September 22, 2009     By: _____
                                  Garrett O'Doherty
                              Its: Managing Member

DEFENDANT M/V PACIFIC SPIRIT, *in rem*

Dated: September 22, 2009     By: SIGNATURE HOSPITALITY, LLC, the
                                  Vessel's
                                  Owner

                                  _____
                                  Garrett O'Doherty
                              Its: Managing Member

Dated: September 22, 2009     By: PACIFIC YACHT CHARTERS, LLC, the
                                  Vessel's Bareboat Charterer

                                  _____
                                  Garrett O'Doherty
                              Its: Managing Member

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

Case No. CV 09-2950 JL
STIPULATION AND REQUEST FOR ORDER AUTHORIZING ADDITIONAL CHARTERS

1

<u>ORDER</u>

2    The Court having considered the foregoing Stipulation of all parties to this Action, and

3    good cause appearing therefor,

4    **IT IS HEREBY ORDERED THAT, PURSUANT TO STIPULATION:**

5    1.    That the Vessel is authorized to operate two additional charters as follows:

6          1) Lowell High School            October 24, 2009

7          2) Pacific Sound                 October 25, 2009

8    2.    The terms and conditions set forth in the Court's Order of September 15, 2009 apply to

9    these two additional charters.

10   3.    The delivery of process and pleadings in this action to Danielle O'Doherty is effective

11   upon delivery or mail to Danielle O'Doherty c/o defendant Signature Hospitality, LLC located

12   at Pier 9, The Embarcadero, San Francisco, 94111.

13

14

15
            September 23, 2009
16   Dated: _____                     _____
                                                         U.S. MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

25

26

27

28

PAV.SF Spirit

Case No. CV 09-2950 JL

STIPULATION AND REQUEST FOR ORDER AUTHORIZING ADDITIONAL CHARTERS