WRIGHT & L'ESTRANGE
   William E. Dysart (SBN 042608)
   Joseph T. Ergastolo (SBN 137807)
   Alexander T Gruft (SBN 223096)
401 West A Street, Suite 2250
San Diego, California 92101
(619) 231-4844
(619) 231-6710 (fax)
agruft@wllawsd.com

Attorneys for Proposed Plaintiff in Intervention
Yacht Connections International, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTFOLIO ADVISORS V, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>M/V SAN FRANCISCO SPIRIT, Official Number 971235, Its Engines, Machinery, Appurtenances, etc., In Rem, SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, In Personam, and DOES 1 through 10,<br><br>    Defendants. | CASE NO. CV 09 2950 (JL)<br><br>**STIPULATION AND REQUEST FOR ORDER AUTHORIZING YACHT CONNECTIONS INTERNATIONAL, INC., TO FILE ITS COMPLAINT IN INTERVENTION**<br><br>**Admiralty L.R. 8-1(a)**<br><br>Complaint filed: June 30, 2009 |
| YACHT CONNECTIONS INTERNATIONAL, INC., a Nevada corporation,<br><br>    Plaintiff in Intervention. | |

    Plaintiff Portfolio Advisors V, LLC ("Porfolio") and Proposed Intervenor, Yacht Connections International, Inc. ("YCI"), hereby stipulate and request as follows:

    WHEREAS, Portfolio filed its Admiralty and Maritime Complaint on June 30, 2009;

    WHEREAS, none of the *in personam* Defendants responded to Portfolio's Verified Complaint and all Defendants have stipulated that the allegations in the

Verified Complaint are true;

WHEREAS, the defendant vessel M/V SAN FRANCISCO SPIRIT, Official No. 9712350 (the "Vessel"), was arrested by the U.S. Marshal on September 4, 2009, pursuant to a warrant of arrest duly issued by this Court,

WHEREAS, the Vessel is currently in the care, custody, and control of a Court-appointed substitute custodian, National Maritime Services, Inc., pursuant to an order duly issued by this Court, and properly insured;

WHEREAS, YCI filed a motion to intervene pursuant to Federal Rule of Civil Procedure 24 and Admiralty Local Rule 8-1 on September 30, 2009 [Docket No. 33] and the motion is scheduled to be heard on November 4, 2009;

WHEREAS, a copy of the proposed complaint in intervention is attached hereto as Exhibit A;

WHEREAS, the Court issued its Civil Minutes on October 7, 2009 [Docket No. 36] after the initial case management conference ordering counsel to submit a stipulation and order for YCI's Complaint In Intervention to be filed, and vacating the motion noticed for November 4, 2009,

NOW, THEREFOR, the parties agree and stipulate to and request that this Court order the following:

1. YCI will file its Complaint In Intervention, a copy of which is attached hereto as Exhibit "A."

2. Any answer and/or response to the complaint in intervention shall be filed with the Court 20 days after entry of this stipulated order.

COX, WOOTTON, GRIFFIN, HANDSEN POULOS, LLP
Attorneys for Plaintiff
PORTOFOLIO ADVISORS V, LLC

Dated: October 8, 2009    By _____
                               Ruper P. Hansen

2

CASE NO. CV 09 2950 (JL)

Max L. Kelley

**WRIGHT & L'ESTRANGE**
**Attorneys for Proposed Plaintiff in Intervention, Yacht Connections International, Inc.**

Dated: October 8, 2009

By  _____
/s/ Alexander T Gruft
Alexander T Gruft
agruft@wllawsd.com

## ORDER

The Court having considered the foregoing Stipulation of all parties to this Action, and Proposed Complainant in Intervention by Yacht Connections International, Inc., and good cause appearing therefor,

IT IS HEREBY ORDERED, that pursuant to stipulation:

1. That the Complaint In Intervention, a copy of which is attached hereto as Exhibit "A", is deemed filed as of the date of this Order.

2. That any response to the Complaint In Intervention be filed within 20 days after entry of this Order.

3. That the motion noticed for November 4, 2009 is vacated.

Dated: 10-9-09

*James Larson*
U.S. MAGISTRATE JUDGE