WRIGHT & L'ESTRANGE
   William E. Dysart (SBN 042608)
   Joseph T. Ergastolo (SBN 137807)
   Alexander T Gruft (SBN 223096)
401 West A Street, Suite 2250
San Diego, California 92101
(619) 231-4844
(619) 231-6710 (fax)
agruft@wllawsd.com

Attorneys for Proposed Plaintiff in Intervention
Yacht Connections International, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTFOLIO ADVISORS V, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>M/V SAN FRANCISCO SPIRIT, Official Number 971235, Its Engines, Machinery, Appurtenances, etc., In Rem, SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, In Personam, and DOES 1 through 10,<br><br>    Defendants.<br><br>YACHT CONNECTIONS INTERNATIONAL, INC., a Nevada corporation,<br><br>    Plaintiff in Intervention. | CASE NO. CV 09 2950 (JL)<br><br>**STIPULATION AND REQUEST FOR ORDER AUTHORIZING YACHT CONNECTIONS INTERNATIONAL, INC., TO INSPECT THE *M/V SAN FRANCISCO SPIRIT***<br><br>Complaint filed: June 30, 2009 |

    Plaintiff Portfolio Advisors V, LLC ("Porfolio") and Proposed Intervenor, Yacht Connections International, Inc. ("YCI"), hereby stipulate and agree as follows:

    1. That the following individuals shall be permitted to come on board and inspect the *M/V SAN FRANCISCO SPIRIT*, Official No. 971234 (the "Vessel"), which was arrested by the U.S. Marshal on September 4, 2009, pursuant to a warrant of arrest duly issued by this Court:

      a.   Marti McMahon, President of YCI, lienholder and prospective purchaser;

      b.   Steve Diamond — prospective purchaser with YCI;

      c.   Captain Bill Nadauld — Captain for YCI and person who will be primarily responsible for running the Vessel for YCI. Captain Naudauld needs to know how much work will need to be done to the Vessel to employ it for YCI's charter business;

      d.   Mike Linder, Surveyor with Bayside Boatworks, Inc. Mr. Linder will be providing a valuation survey for YCI.

2. That the inspection shall take place on Tuesday, October 13, 2009 at a time no earlier than 10:00 a.m. and no later than 5:00 p.m.

3. That prior to boarding the Vessel, YCI shall provide Portolio's attorneys and the Court-appointed substitute custodian, National Maritime Services, Inc., reasonable notice of when the individuals listed in paragraph one intend to come on board the Vessel.

**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
**Attorneys for Plaintiff**
**PORTOFOLIO ADVISORS V, LLC**

Dated: October 9, 2009     By _/s/ Max L. Kelley_
                                          Rupert P. Hansen
                                          Max L. Kelley

**WRIGHT & L'ESTRANGE**
**Attorneys for Proposed Plaintiff in Intervention, Yacht Connections International, Inc.**

Dated: October 9, 2009     By
                                          /s/ Alexander T Gruft
                                          Alexander T Gruft
                                          agruft@wllawsd.com

## ORDER

Based upon the stipulation of the parties, and good cause shown, **IT IS HEREBY ORDERED** that:

1. That the following individuals shall be permitted to come on board and inspect the *M/V SAN FRANCISCO SPIRIT*, Official No. 971234 (the "Vessel"), which was arrested by the U.S. Marshal on September 4, 2009, pursuant to a warrant of arrest duly issued by this Court:

    a. Marti McMahon, President of YCI, lienholder and prospective purchaser;

    b. Steve Diamond – prospective purchaser with YCI;

    c. Captain Bill Nadauld – Captain for YCI and person who will be primarily responsible for running the Vessel for YCI. Captain Naudauld needs to know how much work will need to be done to the Vessel to employ it for YCI's charter business;

    d. Mike Linder, Surveyor with Bayside Boatworks, Inc. Mr. Linder will be providing a valuation survey for YCI.

2. That the inspection shall take place on Tuesday, October 13, 2009 at a time no earlier than 10:00 a.m. and no later than 5:00 p.m.

3. That prior to boarding the Vessel, YCI shall provide Portolio's attorneys and the Court-appointed substitute custodian, National Maritime Services, Inc., reasonable notice of when the individuals listed in paragraph one intend to come on board the Vessel.

Dated: 10-09-09

*James Larson*
U.S. MAGISTRATE JUDGE