**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Rupert P. Hansen (SBN 082302)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC,
a Delaware Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTFOLIO ADVISORS V, LLC, a Delaware Limited Liability Company, <br><br>Plaintiff, <br><br>v. <br><br>M/V SAN FRANCISCO SPIRIT, Official No. 971235, its Engines, Machinery, Appurtenances, etc., *In Rem*, SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, PACIFIC MARINE YACHT CHARTERS, LLC, a California Limited Liability Company, *In Personam*, and DOES 1-10. <br><br>Defendants. | Case No.: CV 09-2950 JL <br><br>**STIPULATION AND REQUEST FOR ORDER AUTHORIZING ONE ADDITIONAL CHARTER OPERATION** <br><br>Supp. Fed. R. Civ. Proc. E(4)(d) <br>Admiralty L.R. 9-1(c) |

Plaintiff PORTFOLIO ADVISORS V, LLC, and Defendants SIGNATURE HOSPITALITY, LLC, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, and PACIFIC MARINE YACHT CHARTERS, LLC, YACHT CONNECTIONS INTERNATIONAL, INC., being all the parties to the within action (collectively "the Parties"), hereby stipulate and request as follows:

WHEREAS, the Defendant Vessel, M/V SAN FRANCISCO SPIRIT, Official No.

971235 (the "Vessel"), was arrested by the U.S. Marshal on September 4, 2009, pursuant to a warrant of arrest duly issued by this Court;

WHEREAS, authority for this request is based on Admir. L.R. 9-1(c), which provides in pertinent part:

> Following arrest or attachment of a vessel, no cargo handling, repairs or movement may be made without an order of court. The applicant for such an order shall give notice to the marshal and to all parties of record. Upon proof of adequate insurance coverage of the applicant to indemnify the marshal for his or her liability, the court may direct the marshal to permit cargo handling, repairs, movement of the vessel or other operations.

*See, e.g., United States v. Audrey II*, 185 F.Supp. 777 (S.D.Cal.1960) (vessel allowed to resume charter operations while under arrest) and cases cited therein at page 782.

WHEREAS, the Vessel is currently in the care, custody, and control of a Court-appointed substitute custodian, National Maritime Services, Inc., pursuant to an order duly issued by this Court, and properly insured;

WHEREAS, on September 15, 2009, this Court issued an Order allowing the Vessel to resume its charter operations with regard to 11 charters listed in Exhibit A attached thereto. The Court subsequently issued another order on September 23, 2009 authorizing two additional charters, for a total of 13 authorized charters.

WHEREAS, defendants advise that due to a clerical error the charter identified on Exhibit A as "Hummingbird Events" was inadvertently and incorrectly stated as scheduled to take place on October 28, 2009, and that such charter should have been scheduled on Exhibit A to occur on ***October 20, 2009.***

WHEREAS, defendants also advise that due to a clerical error one additional charter that should have been listed on Exhibit A was inadvertently omitted, namely:

1) ***Mitchell Wayne Enterprises              October 14, 2009***

WHEREAS, neither Plaintiff Portfolio nor Intervenor YCI have any objection to the additional charter taking place on October 14, 2009 or to the Hummingbird Events charter taking place on October 20, 2009;

WHEREAS, the Parties request and agree that the terms and conditions set forth in the Court's Order of September 15, 2009 shall also to the additional charter to be performed on

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

-2-                                Case No. CV 09-2950 JL
STIPULATION AND REQUEST FOR ORDER AUTHORIZING ADDITIONAL CHARTER

October 14, 2009.

NOW THEREFORE, the Parties agree and stipulate to and request that this Court order the following:

1. That the Vessel be allowed to operate one additional charter as follows:

   1) Mitchell Wayne Technologies       October 14, 2009

2. That the terms and conditions set forth in the Court's Order Authorizing Vessel to Resume Charter Operations dated September 15, 2009 apply to this additional charter.

3. That the charter identified as "Hummingbird Events" in Exhibit A to the Court's Order dated September 15, 2009 will be performed on October 20, 2009 instead of October 28, 2009.

Dated: October 9, 2009

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC

By: _____
Rupert P. Hansen
Max L. Kelley

Dated: October 12, 2009

By: _____
Garrett O'Doherty, Defendant

Dated: October 12, 2009

By: _____
Danielle O'Doherty, Defendant

SIGNATURE HOSPITALITY, LLC

Dated: October 12, 2009

By: _____
Garrett O'Doherty
Managing Member

PACIFIC MARINE YACHT CHARTERS, LLC

Dated: October 12, 2009    By: _____
                                Garrett O'Doherty
                           Its: Managing Member

DEFENDANT M/V PACIFIC SPIRIT, *in rem*

Dated: October 12, 2009    By: SIGNATURE HOSPITALITY, LLC, the Vessel's Owner

                           _____
                           Garrett O'Doherty
                           Its: Managing Member

Dated: October 12, 2009    By: PACIFIC MARINE YACHT CHARTERS, LLC, the Vessel's Bareboat Charterer

                           _____
                           Garrett O'Doherty
                           Its: Managing Member

CLAIMANT/INTERVENOR YACHT CONNTECTIONS INTERNATIONAL, INC.

Dated: October 9, 2009    WRIGHT & L'ESTRANGE
                          Attorneys for Claimant/Intervenor
                          YACHT CONNECTION
                          INTERNATIONAL, INC.

                          By: _____
                              William E. Dysart
                              Alexander T. Gruft

-4-    Case No. CV 09-2950 JL
STIPULATION AND REQUEST FOR ORDER AUTHORIZING ADDITIONAL CHARTER

**ORDER**

The Court having considered the foregoing Stipulation of all parties to this Action, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT, PURSUANT TO STIPULATION:**

1. The Vessel is authorized to operate one additional charters as follows:

    1) Mitchell Wayne Technologies            October 14, 2009

2. The terms and conditions set forth in the Court's Order Authorizing Vessel to Resume Charter Operations dated September 15, 2009 apply to this one additional charter.

3. The charter identified as "Hummingbird Events" in Exhibit A to the Court's Order dated September 15, 2009 will be performed on October 20, 2009 instead of October 28, 2009.

Dated: October 13, 2009

_____
U.S. MAGISTRATE JUDGE

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

-5-
STIPULATION AND REQUEST FOR ORDER AUTHORIZING ADDITIONAL CHARTER

Case No. CV 09-2950 JL