1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP
2  Rupert P. Hansen (SBN 082302)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
6  Attorneys for Plaintiff
   PORTFOLIO ADVISORS V, LLC,
7  a Delaware Limited Liability Company

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  PORTFOLIO ADVISORS V, LLC,            )  Case No.: CV 09-2950 SC
    a Delaware Limited Liability Company, )
12                                        )  [PROPOSED] ORDER
                        Plaintiff,        )  EXEMPTING CERTAIN LEASED
13                                        )  AND PERSONAL PROPERTY
              v.                          )  ABOARD VESSEL FROM
14                                        )  INTERLOCUTORY SALE
    M/V SAN FRANCISCO SPIRIT, Official No.)
15  971235, its Engines, Machinery,       )
    Appurtenances, etc., *In Rem*, SIGNATURE)
16  HOSPITALITY, LLC, a California Limited)
    Liability Company, GARRETT O'DOHERTY, )
17  DANIELLE O'DOHERTY, PACIFIC           )
    MARINE YACHT CHARTERS, LLC, a         )
18  California Limited Liability Company, *In*)
    *Personam*, and DOES 1-10.            )
19                                        )
                        Defendants.       )
20  _____    )
    YACHT CONNECTIONS                     )
21  INTERNATIONAL, INC., a Nevada corp.,  )
                                          )
22                  Plaintiff/Intervenor, )
                                          )
23            v.                          )
                                          )
24  M/V SAN FRANCISCO SPIRIT, Official    )
    Number 971235, Its Engines, Machinery,)
25  Appurtenances, etc., In Rem; SIGNATURE)
    HOSPITALITY, LLC, a California Limited)
26  Liability Company; GARRETT O'DOHERTY, )
    In Personam, and DOES 1 through 10,   )
27                                        )
                        Defendants.       )
28  _____    )

PAV.SF Spirit

WHEREAS, the Defendant Vessel, M/V SAN FRANCISCO SPIRIT, Official No. 971235 (the "Vessel"), was arrested by the U.S. Marshal on September 4, 2009, pursuant to a warrant of arrest duly issued by this Court;

WHEREAS, the Vessel is safely afloat at Pier 9, San Francisco, California and in the care, custody, and control of a Court-appointed substitute custodian, National Maritime Services, Inc., pursuant to an order duly issued by this Court;

WHEREAS, on November 9, 2009 this Court ordered that the Vessel, its Engines, Machinery, Appurtenances, etc., be sold by the U.S. Marshal at an interlocutory admiralty sale to be conducted as a public auction on November 24, 2009 (the "Sale");

WHEREAS, there are currently two leased automatic Glasswashers, Model CMA GL-X, Serial Nos. 152239 and 153147 ("Glasswashers") currently installed and operational aboard the Vessel which the Parties and lessor BIRITE do not want to be sold with the Vessel at the Sale.

WHEREAS, Plaintiff Portfolio has disclaimed any right, title, or interest in and to said Glasswashers;

WHEREAS, the Parties and Lessor BIRITE therefore request said Glasswashers to be exempted as leased property from the Sale. Furthermore, the Parties and BIRITE wish to leave said Glasswashers aboard the Vessel at BIRITE's option so that BIRITE may have the opportunity to continue to lease said Glasswashers to the Vessel's new owner following the Sale. *See, e.g., C.I.T. Corp. v. Oil Screw Peggy*, 424 F.2d 767, 768 (5th Cir.1970) (successful bidder at foreclosure sale of vessel did not acquire leased radar equipment aboard vessel, and lessor allowed to remove equipment or lease it to prospective purchaser);

WHEREAS, the Parties also wish to exempt from the Sale that certain painting currently aboard the Vessel and described as a "Blue/Bronze abstract (68 x 44") Schoenfeld," with his signature dated 1991 (the "Painting"), and which is stipulated to be the personal property of Martha McMahon, the President of Claimant/Intervenor YCI.

///

///

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

**WHEREFOR GOOD CAUSE HAVING BEEN SHOWN, AND PURSUANT TO STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:**

1. That the Glasswashers are hereby exempt from being sold with the Vessel at the upcoming interlocutory sale on November 24, 2009;
2. That BIRITE shall have the option of either leaving said Glasswashers aboard the Vessel or removing them prior to the confirmation of the Sale, as it sees fit;
3. That, should BIRITE choose to leave said Glasswashers aboard the Vessel at the time of the Sale, BIRITE's rights, interests, and title in the Glasswashers shall remain whole, in force, and unaffected by the Sale;
4. That Plaintiff Portfolio shall provide reasonable written notice to BiRite by fax at (415) 656-0755 in time for it to remove said Glasswashers from the Vessel and/or to deal directly with the new owner of the Vessel arising from the Sale;
5. That the Substitute Custodian and/or U.S. Marshal shall cooperate with BiRite in providing reasonable access to the Vessel for the purpose of removing said Glasswashers, if need be; and
6. That Martha McMahon, and/or her designated agent, may remove the Painting, described above, from the Vessel prior to the Sale at a date to be arranged with the Substitute Custodian that is mutually convenient.

Dated: __November 23__, 2009

U.S. DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

**APPROVED AS TO FORM:**

Dated: November __19__, 2009

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC

By: ___/s/ Max L. Kelley___
     Max L. Kelley

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

-3-   Case No. CV 09-2950 SC
ORDER EXEMPTING CERTAIN LEASED AND PERSONAL PROPERTY FROM INTERLOCUTORY SALE

Dated: November 19, 2009     By: _____
                                  Garrett O'Doherty, Defendant

Dated: November 19, 2009     By: _____
                                  Danielle O'Doherty, Defendant

**DEFENDANT SIGNATURE HOSPITALITY, LLC**

Dated: November 19, 2009     By: _____
                                  Garrett O'Doherty
                             Its: Managing Member

**DEFENDANT PACIFIC MARINE YACHT CHARTERS, LLC**

Dated: November 19, 2009     By: _____
                                  Garrett O'Doherty
                             Its: Managing Member

**DEFENDANT M/V SAN FRANCISCO SPIRIT,** *in rem*

Dated: November 19, 2009     By: SIGNATURE HOSPITALITY, LLC,
                                  the Vessel's Owner

                             By: _____
                                  Garrett O'Doherty,
                             Its: Managing Member

Dated: November 19, 2009     By: PACIFIC YACHT CHARTERS,
                                  LLC, the Vessel's Bareboat Charterer

                             By: _____
                                  Garrett O'Doherty,
                             Its: Managing Member

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

| | |
|---|---|
| 1 | CLAIMANT/INTERVENOR YACHT CONNECTIONS INTERNATIONAL, INC. |
| 2 | |
| 3 | Dated: November 18, 2009          WRIGHT & L'ESTRANGE |
| | Attorneys for Claimant/Intervenor |
| | YACHT CONNECTIONS |
| 4 | INTERNATIONAL, INC. |
| 5 | |
| | By: _____ |
| 6 | William E. Dysart |
| | Alexander T. Gruft |
| 7 | |
| 8 | LESSOR BIRITE FOODSERVICE DISTRIBUTORS |
| 9 | |
| 10 | Dated: November ___, 2009        By: _____ |
| | Ken Newell |
| 11 | |
| | Agent and Representative of Lessor |
| 12 | BiRite Foodservice Distributors |

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAY.SF Spirit

-5-                                          Case No. CV 09-2950 SC
ORDER EXEMPTING CERTAIN LEASED AND PERSONAL PROPERTY FROM INTERLOCUTORY SALE

| | |
|---|---|
| 1 | CLAIMANT/INTERVENOR YACHT CONNECTIONS INTERNATIONAL, INC. |
| 2 | |
| 3 | Dated: November ____, 2009           WRIGHT & L'ESTRANGE |
|   |                                      Attorneys for Claimant/Intervenor |
|   |                                      YACHT CONNECTIONS |
| 4 |                                      INTERNATIONAL, INC. |
| 5 | |
| 6 |                                      By: _____ |
|   |                                           William E. Dysart |
| 7 |                                           Alexander T Gruft |
| 8 | LESSOR BIRITE FOODSERVICE DISTRIBUTORS |
| 9 | |
| 10 | Dated: November 18, 2009             By: _____ |
|    |                                           Ken Newell |
| 11 | |
| 12 |                                      Agent and Representative of Lessor |
|    |                                      BiRite Foodservice Distributors |

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit