COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Rupert P. Hansen (SBN 082302)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC,
a Delaware Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTFOLIO ADVISORS V, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>M/V SAN FRANCISCO SPIRIT, Official No. 971235, its Engines, Machinery, Appurtenances, etc., *In Rem*, SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, PACIFIC MARINE YACHT CHARTERS, LLC, a California Limited Liability Company, *In Personam*, and DOES 1-10.<br><br>Defendants. | Case No.: CV 09-2950 SC<br><br>**NOTICE OF DISMISSAL** |
| YACHT CONNECTIONS INTERNATIONAL, INC., a Nevada corp.,<br><br>Plaintiff/Intervenor,<br><br>v.<br><br>M/V SAN FRANCISCO SPIRIT, Official Number 971235, Its Engines, Machinery, Appurtenances, etc., In Rem; SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company; GARRETT O'DOHERTY, In Personam, and DOES 1 through 10,<br><br>Defendants. | |

PAV.SF Spirit

DISMISSAL

-1-

Case No. CV 09-2950 SC

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Proc. 41(a) and the Consent Decree and Judgment approved by this Court on December 17, 2009, Plaintiff PORTFOLIO ADVISORS V, LLC voluntarily dismisses the above captioned action with prejudice.

Dated: December 30, 2009

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC

By: _____
Rupert P. Hansen
Max L. Kelley

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit