1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Rupert P. Hansen  (SBN 082302)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA  94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Plaintiff
6  PORTFOLIO ADVISORS V, LLC,
   a Delaware Limited Liability Company
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | PORTFOLIO ADVISORS V, LLC,                          ) Case No.: CV 09-2950 SC
   | a Delaware Limited Liability Company,               )
12 |                                                     ) **NOTICE OF DISMISSAL**
   |             Plaintiff,                              )
13 |                                                     )
   |      v.                                             )
14 |                                                     )
   | M/V SAN FRANCISCO SPIRIT, Official No.              )
15 | 971235, its Engines, Machinery,                     )
   | Appurtenances, etc., *In Rem*, SIGNATURE            )
16 | HOSPITALITY, LLC, a California Limited              )
   | Liability Company, GARRETT O'DOHERTY,               )
17 | DANIELLE O'DOHERTY, PACIFIC                         )
   | MARINE YACHT CHARTERS, LLC, a                       )
18 | California Limited Liability Company, *In*          )
   | *Personam*, and DOES 1-10.                          )
19 |                                                     )
   |             Defendants.                             )
20 | _____                 )
   | YACHT CONNECTIONS                                   )
21 | INTERNATIONAL, INC., a Nevada corp.,                )
   |                                                     )
22 |             Plaintiff/Intervenor,                   )
   |                                                     )
23 |      v.                                             )
   |                                                     )
24 | M/V SAN FRANCISCO SPIRIT, Official                  )
   | Number 971235, Its Engines, Machinery,              )
25 | Appurtenances, etc., In Rem; SIGNATURE              )
   | HOSPITALITY, LLC, a California Limited              )
26 | Liability Company; GARRETT O'DOHERTY,               )
   | In Personam, and DOES 1 through 10,                 )
27 |                                                     )
   |             Defendants.                             )
28 | _____                 )

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL.: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

DISMISSAL                         -1-                         Case No. CV 09-2950 SC

1  NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Proc. 41(a) and the
2  Consent Decree and Judgment approved by this Court on December 17, 2009, Plaintiff
3  PORTFOLIO ADVISORS V, LLC voluntarily dismisses the above captioned action with
4  prejudice.

Dated: December 30, 2009

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
PORTFOLIO ADVISORS V, LLC

By: _____
Rupert P. Hansen
Max L. Kelley

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF Spirit

DISMISSAL

-2-

Case No. CV 09-2950 SC