WRIGHT & L'ESTRANGE
　　William E. Dysart (SBN 042608)
　　Alexander T Gruft (SBN 223096)
401 West A Street, Suite 2250
San Diego, California  92101
(619) 231-4844
(619) 231-6710 (fax)
agruft@wllawsd.com

Attorneys for Plaintiff-Intervenor
Yacht Connections International, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTFOLIO ADVISORS V, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M/V SAN FRANCISCO SPIRIT, Official Number 971235, Its Engines, Machinery, Appurtenances, etc., In Rem, SIGNATURE HOSPITALITY, LLC, a California Limited liability Company, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, PACIFIC MARINE YACHT CHARTERS, LLC, a California limited liability company, In Personam, and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. CV 09 2950-SC<br><br>**NOTICE OF DISMISSAL**<br><br>Complaint filed: June 30, 2009 |
| YACHT CONNECTIONS INTERNATIONAL, INC.,  a Nevada corporation,<br><br>　　　　Plaintiff-Intervenor<br><br>　　v.<br><br>M/V SAN FRANCISCO SPIRIT, Official Number 971235, Its Engines, Machinery, Appurtenances, etc., In Rem; SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company; GARRETT O'DOHERTY, In Personam; and DOES 1 through 10,<br><br>　　　　Defendants. | |

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Proc. 41(a) and the |
| 2 | Consent Decree and Judgment approved by this Court on December 17, 2009, |
| 3 | Plaintiff-in-Intervention, Yacht Connections International, Inc., voluntarily dismisses the |
| 4 | above captioned action with prejudice. |

WRIGHT & L'ESTRANGE
Attorneys for Plaintiff-Intervenor, Yacht
Connections International, Inc.

Dated: January 5, 2010   By_____/s/ Alexander T Gruft_____
                              Alexander T Gruft
                              agruft@wllawsd.com



**CERTIFICATE OF SERVICE**
*PORTFOLIO ADVISORS V, LLC, v.*
*M/V SAN FRANCISCO SPIRIT, Official Number 971235, et al.*
**U.S. District Court, Northern District**
**Case No. CV 09 2950-SC**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is 401 West A Street, Suite 2250, San Diego, California 92101; and that I served the below-named persons the following documents:

**Notice of Dismissal**

in the following manner:

\_\_\_\_\_ By transmitting the document(s) via Notice of Electronic Filing through CM/ECF on the date of this declaration to those persons as indicated below.

\_\_\_\_\_ By U.S. Mail: I placed a copy in a separate envelope, with postage fully prepaid, for each addressee named herein for collection and first class mailing on the below indicated date. I am readily familiar with Wright & L'Estrange's practices of for collection and processing of correspondence for mailing with the United States Postal Service.

\_\_\_\_\_ **SEE ATTACHED SERVICE LIST**

Executed on January 5, 2010, at San Diego, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

          */s/ Souy Chhom*
          Souy Chhom

**SERVICE LIST**
*PORTFOLIO ADVISORS V, LLC, v.*
*M/V SAN FRANCISCO SPIRIT, Official Number 971235, et al.*
**U.S. District Court, Northern District, Case No. CV 09 2950 (SC)**

| | |
|---|---|
| COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP<br>   Rupert P. Hansen<br>   Max L. Kelley<br>190 The Embarcadero<br>San Francisco, CA 94105<br>415-438-4600<br>415-438-4601 (fax) | Attorneys for Plaintiff Portfolio Advisors V, LLC |
| U.S. Marshall<br>U.S. Courthouse<br>450 Golden Gate Avenue, 20th floor<br>San Francisco, CA 94102 | |
| Rona H. Sandler, Esq.<br>Attn: Deputy City Attorney<br>City & County of San Francisco<br>Port of San Francisco, Pier 1<br>San Francisco, CA 94111 | |
| Pacific Marine Yacht Charters<br>Pier 9, Suite 104<br>The Embarcadero<br>San Francisco, CA 94111 | Represents Defendant |
| Signature Hospitality<br>Pier 9, Suite 104<br>The Embarcadero<br>San Francisco, CA 94111 | Represents Defendant |
| Classic Party Rentals, Inc.<br>2310 E. Imperial Highway<br>El Segundo, CA 90245 | |
| Classic Party Rentals, Inc.<br>Attn: John Campenalli<br>11766 Wilshire Blvd., #350<br>Los Angeles, CA 90025 | Agent for Service of Process |
| Signature Hospitality, LLC<br>c/o Dennis J. Herrera<br>1390 Market Street<br>San Francisco, CA 94102 | Agent for Service of Process |
| Pacific Marine Yacht Charters, LLC<br>c/o Dennis J. Herrera<br>1390 Market Street<br>San Francisco, CA 94102 | Agent for Service of Process |