| | |
|---|---|
| 1 | WRIGHT & L'ESTRANGE |
| 2 |    William E. Dysart (SBN 042608)<br>   Alexander T Gruft (SBN 223096) |
| | 401 West A Street, Suite 2250 |
| 3 | San Diego, California 92101 |
| | (619) 231-4844 |
| 4 | (619) 231-6710 (fax) |
| | agruft@wllawsd.com |
| 5 | |
| | Attorneys for Plaintiff-Intervenor |
| 6 | Yacht Connections International, Inc. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 10 | PORTFOLIO ADVISORS V, LLC, a Delaware Limited Liability Company, | CASE NO. CV 09 2950-SC |
| 11 | Plaintiff, | **NOTICE OF DISMISSAL** |
| 12 | v. | |
| 13 | M/V SAN FRANCISCO SPIRIT, Official Number 971235, Its Engines, Machinery, Appurtenances, etc., In Rem, SIGNATURE HOSPITALITY, LLC, a California Limited liability Company, GARRETT O'DOHERTY, DANIELLE O'DOHERTY, PACIFIC MARINE YACHT CHARTERS, LLC, a California limited liability company, In Personam, and DOES 1 through 10, | Complaint filed: June 30, 2009 |
| | Defendants. | |
| 20 | YACHT CONNECTIONS INTERNATIONAL, INC., a Nevada corporation, | |
| | Plaintiff-Intervenor | |
| | v. | |
| 24 | M/V SAN FRANCISCO SPIRIT, Official Number 971235, Its Engines, Machinery, Appurtenances, etc., In Rem; SIGNATURE HOSPITALITY, LLC, a California Limited Liability Company; GARRETT O'DOHERTY, In Personam; and DOES 1 through 10, | |
| | Defendants. | |

CASE NO. CV 09 2950 (SC)

1    NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Proc. 41(a) and the
2  Consent Decree and Judgment approved by this Court on December 17, 2009,
3  Plaintiff-in-Intervention, Yacht Connections International, Inc., voluntarily dismisses the
4  above captioned action with prejudice.

WRIGHT & L'ESTRANGE
Attorneys for Plaintiff-Intervenor, Yacht
Connections International, Inc.

Dated:  January 5, 2010         By_____/s/ Alexander T Gruft_____
                                          Alexander T Gruft
                                          agruft@wllawsd.com

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge Samuel Conti]*

2

CASE NO. CV 09 2950 (SC)

# CERTIFICATE OF SERVICE
*PORTFOLIO ADVISORS V, LLC, v.*
*M/V SAN FRANCISCO SPIRIT, Official Number 971235, et al.*
**U.S. District Court, Northern District**
**Case No. CV 09 2950-SC**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is 401 West A Street, Suite 2250, San Diego, California 92101; and that I served the below-named persons the following documents:

**Notice of Dismissal**

in the following manner:

_____   By transmitting the document(s) via Notice of Electronic Filing through CM/ECF on the date of this declaration to those persons as indicated below.

_____   By U.S. Mail: I placed a copy in a separate envelope, with postage fully prepaid, for each addressee named herein for collection and first class mailing on the below indicated date. I am readily familiar with Wright & L'Estrange's practices of for collection and processing of correspondence for mailing with the United States Postal Service.

_____   **SEE ATTACHED SERVICE LIST**

Executed on January 5, 2010, at San Diego, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

            */s/ Souy Chhom*
                Souy Chhom

---

1

CASE NO: CV 09-177 (SC)
CERTIFICATE OF SERVICE

**SERVICE LIST**
*PORTFOLIO ADVISORS V, LLC, v.*
*M/V SAN FRANCISCO SPIRIT, Official Number 971235, et al.*
**U.S. District Court, Northern District, Case No. CV 09 2950 (SC)**

| | |
|---|---|
| COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP<br>Rupert P. Hansen<br>Max L. Kelley<br>190 The Embarcadero<br>San Francisco, CA 94105<br>415-438-4600<br>415-438-4601 (fax) | Attorneys for Plaintiff Portfolio Advisors V, LLC |
| U.S. Marshall<br>U.S. Courthouse<br>450 Golden Gate Avenue, 20th floor<br>San Francisco, CA 94102 | |
| Rona H. Sandler, Esq.<br>Attn: Deputy City Attorney<br>City & County of San Francisco<br>Port of San Francisco, Pier 1<br>San Francisco, CA 94111 | |
| Pacific Marine Yacht Charters<br>Pier 9, Suite 104<br>The Embarcadero<br>San Francisco, CA 94111 | Represents Defendant |
| Signature Hospitality<br>Pier 9, Suite 104<br>The Embarcadero<br>San Francisco, CA 94111 | Represents Defendant |
| Classic Party Rentals, Inc.<br>2310 E. Imperial Highway<br>El Segundo, CA 90245 | |
| Classic Party Rentals, Inc.<br>Attn: John Campenalli<br>11766 Wilshire Blvd., #350<br>Los Angeles, CA 90025 | Agent for Service of Process |
| Signature Hospitality, LLC<br>c/o Dennis J. Herrera<br>1390 Market Street<br>San Francisco, CA 94102 | Agent for Service of Process |
| Pacific Marine Yacht Charters, LLC<br>c/o Dennis J. Herrera<br>1390 Market Street<br>San Francisco, CA 94102 | Agent for Service of Process |

-2-